UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESTER F. KRUPP, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV884 HEA |
| | ) |
| CITY OF ST. LOUIS JUSTICE | ) |
| CENTER, | ) |
| UNKNOWN WARD, | ) |
| UNKNOWN BROWN, | ) |
| UNKNOWN BURT, | ) |
| ANTHONY JENKINS, | ) |
| ANTONIO CAGE, | ) |
| DARNELL VAUGHN, | ) |
| JIMMIE DUNCAN, | ) |
| CITY OF ST. LOUIS, | ) |
| STATE OF MISSOURI, | ) |
| DEPARTMENT OF | ) |
| CORRECTIONS FOR | ) |
| THE STATE OF MISSOURI, | ) |
| UNKNOWN SMITH, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's claims against the City of St. Louis Justice Center, Unknown Ward, Unknown Burt, Anthony Jenkins, Antonio Cage, Darnell Vaughn, Jimmie Duncan, the City of St. Louis, the State of Missouri, the Department of Corrections for the State of Missouri, and Unknown Smith are

**DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 5th day of September, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE